ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL IX

| | | |
|---|---|---|
| NATALIA MARÍA ZAYAS BÁEZ<br><br>Demandante-Recurrente<br><br><br>V.<br><br><br><br>ANTONY JULIANN VÉLEZ PACHECO<br><br>Demandado-Recurrido | KLCE202301114 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Mayagüez<br><br>Caso Núm.:<br><br>BY2019RF00434<br><br>Sobre:<br><br>Custodia-Monoparental o Compartida |

Panel integrado por su presidente, el Juez Rodríguez Casillas, el Juez Salgado Schwarz y el Juez Ronda Del Toro.

Salgado Schwarz, Carlos G., Juez Ponente.

# **RESOLUCIÓN**

En San Juan, Puerto Rico, a 14 de noviembre de 2023.

Comparece ante nos la Sra. Natalia María Zayas Báez (señora Zayas Báez o Recurrente) y solicita que revoquemos una *Resolución* emitida por el Tribunal de Primera Instancia, Sala Superior de Mayagüez (TPI o foro primario) el 11 de septiembre de 2023, notificada en la misma fecha. Mediante el referido dictamen, el TPI concluyó, en lo pertinente que:

> Evaluados los planteamientos de las partes respecto a la Reconsideración sometida este Tribunal determina:
>
> Se mantiene vigente que la madre pagará una vez al año el 50% del pasaje del menor y el 100% de su pasaje o el del acompañante del menor una vez al año, al igual que lo hará el padre.
>
> Tomando en consideración lo estipulado ante EPA por las partes y aprobado por [el] Tribunal en Resolución el 8 de marzo de 2023, se determina que, para los demás viajes del menor para relacionarse con su padre, la madre aportará solamente el 43% del costo del pasaje del acompañante del menor, (si deciden no usar el servicio de

azafata, en caso de que si lo utilicen pagará el 43% del servicio).

Será el padre quién pagará el 100% del costo de los demás pasajes del menor, por tal razón se establece, que el mes que el padre incurra en dicho gasto, le restará al pago mensual de pensión la cuantía que le cueste el pasaje del menor.

En caso de que el costo del pasaje sea mayor al pago de la pensión de ese mes, el padre restará la diferencia del pago de pensión del mes siguiente hasta que cubra la totalidad del gasto incurrido.

Antes de efectuar tal acción, el padre enviará a la madre la evidencia del costo de los pasajes del menor y le informará en el mes que se aplicará el crédito aquí autorizado.

En caso de que el pago del pasaje sea menor al monto mensual de la pensión, el padre enviará ese mes a la madre, el sobrante de la pensión, luego de restarle el costo del pasaje.

Partes coordinarán con anticipación la compra de los pasajes del menor y los acompañantes según lo aquí establecido.

Luego de deliberar los méritos del recurso ante nos, entendemos procedente no intervenir con la decisión recurrida. Si bien este foro apelativo no está obligado a fundamentar su determinación al denegar la expedición de un recurso discrecional,[1] abundamos sobre las bases de nuestra decisión para que las partes no alberguen dudas en sus mentes sobre el ejercicio de nuestra facultad revisora y su justificación jurídica.

Conforme a lo anterior, expresamos que no surge del expediente de este caso que el TPI actuase mediando prejuicio, parcialidad, error manifiesto o mediante craso abuso de su discreción.[2] Tampoco divisamos fundamentos jurídicos que motiven la expedición del auto instado al amparo de los criterios dispuestos por la

---

[1] 32 LPRA Ap. V, R. 52.1.
[2] *Trans-Oceanic Life Ins. v. Oracle Corp.*, 184 DPR 689, 709 (2012).

Regla 40 del Reglamento de este Tribunal de Apelaciones.[3]

Basado en lo anterior, *denegamos* la expedición del auto de *certiorari* ante nuestra consideración.

**Notifíquese**.

Lo acuerda y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

*Lcda. Lilia M. Oquendo Solís*
*Secretaria del Tribunal de Apelaciones*

---

[3] 4 LPRA Ap. XXII-B, R. 40.